AMERICAN LIME CORPORATION, Respondent, v. HARRY SCHNELL et al., Individually and as Copartners under the Name of H. SCHNELL & COMPANY, Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

ARCHIBALD A. SICHEL, Respondent, v. BILLY ROSE'S EXPOSITION SPECTACLES, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse and grant a new trial.

HUDSON SHIPPING CO., INC., Respondent, v. JULES GUGGENHEIM, Trading under the Name of CONTINENTAL TEXTILE COMPANY, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EMILY H. VON R. SPRECKELS, Individually and as Executrix of MAXIMILIAN VON ROMBERG, Deceased, Appellants, v. BANKERS TRUST COMPANY OF NEW YORK, Individually, and as Executor of EDMUND C. CONVERSE, Deceased, et al., Respondents.— No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

ELIZABETH M. M. GOLATA, Respondent, v. MANHATTAN HALL STUDIOS, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LENA CIACCIO et al., Appellants, v. CLYDE A. SKINNER, Respondent.— Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MARY DOUGLASS, Respondent, v. CITY OF NEW YORK, Appellant.— Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

TENCH OF NEW YORK, INC., Respondent, v. AUSTIN COMPANY et al., Respondents, and RELIANCE MARINE TRANSPORTATION AND CONSTRUCTION CORPORATION, Defendant-Appellant.— Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOSEPHINE GARCIA, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.